NANCY DIANE DAVIS, APPELLANT, V. RICKIE JAMES BLUM, APPELLEE.

464 N.W.2d 334

Filed January 11, 1991.   No. 89-343.

Charles W. Campbell, York County Attorney, for appellant.

No appearance for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Upon consideration of the record, briefs, and recommendation of the Appellate Division of the District Court, we find that the trial court erred as a matter of law in overruling the motion of the appellant for determination and assessment of interest on delinquent child support payments against the appellee. Accordingly, the judgment of the district court is reversed, and the cause is remanded with directions to sustain the appellant's motion.

REVERSED AND REMANDED WITH DIRECTIONS.